# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: sdolan | Date Created: 4/21/2015 |
| Case: 8–15–70212–las | Form ID: 253 | Total: 57 |

**Recipients of Notice of Electronic Filing:**
aty        Leif I Rubinstein        leifr@optonline.net

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Jacqueline M Degroff | 121 Barraud Drive | Port Jefferson Stati, NY 11776 | | |
| tr | Allan B. Mendelsohn | Allan B. Mendelsohn, LLP | 38 New Street | Huntington, NY 11743 | |
| aty | Allan B Mendelsohn, LLP | 38 New Street | Huntington, NY 11743 | | |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit | PO Box 5300 | Albany, NY 12205 | |
| smg | NYS Unemployment Insurance | Attn: Isolvency Unit | Bldg. #12, Room 256 | Albany, NY 12240 | |
| smg | NYC Department of Finance | 345 Adams Street, 3rd Floor | Attn: Legal Affairs – Devora Cohn | Brooklyn, NY 11201 | |
| smg | United States Trustee | Office of the United States Trustee | Long Island Federal Courthouse | 560 Federal Plaza | Central Islip, NY 11722–4437 |
| 8491924 | ARS National Services Inc | P.O. Box 463023 | Escondido, CA 92046–3023 | | |
| 8491925 | Bank of America | P.O. Box 982235 | El Paso, TX 79998 | | |
| 8491926 | C–Tech collections | 5505 Nesconset Hwy | Mount Sinai, NY 11766 | | |
| 8491927 | Cavalry Portfolio Service | P.O. Box 27288 | Tempe, AZ 85285–7288 | | |
| 8491928 | Chase Cardmember Service | P.O. Box 15153 | Wilmington, DE 19886–5153 | | |
| 8491929 | Chase Cardmember Service | PO Box 15153 | Wilmington, DE 19886–5153 | | |
| 8491930 | Comenity Bank | P.O. Box 182125 | Columbus, OH 43218–2125 | | |
| 8491931 | Comenity Bank | P.O. Box 182272 | Columbus, OH 43218 | | |
| 8491932 | Credit Control LLC | P.O. Box 31179 | Tampa, FL 33631–3179 | | |
| 8491934 | Dell Financial | PO Box 81607 | Austin, TX 78708 | | |
| 8491933 | Dell Financial | Payment Processing Center | P.O. Box 6403 | Carol Stream, IL 60197–6403 | |
| 8521261 | Discover Bank | Discover Products Inc | PO Box 3025 | New Albany, OH 43054–3025 | |
| 8491935 | Discover Fin Services LLC | P.O. Box 15316 | Wilmington, DE 19850 | | |
| 8491936 | Dress Barn | P.O. Box 659704 | San Antonio, TX 78265 | | |
| 8491937 | Fashionbug/Spirit of Amer | 1103 Allen Drive | Milford, OH 45150 | | |
| 8491938 | Firstsource Advantage | 205 Bryant Woods South | Buffalo, NY 14228 | | |
| 8491940 | GE Capital Retail Bank | Attn: Bankruptcy Dept | P.O. Box 103104 | Roswell, GA 30076 | |
| 8491939 | GE Capital Retail Bank | Attn: Bankruptcy Dept. | P.O. Box 103104 | Roswell, GA 30076 | |
| 8491941 | GECRB/Lowes | PO Box 965005 | Orlando, FL 32896 | | |
| 8491942 | GECRB/VS | P.O. Box 182789 | Columbus, OH 43218 | | |
| 8491943 | GEMB/OLD NAVY | PO Box 965005 | Orlando, FL 32896 | | |
| 8491944 | GERB/PayPal | P.O. Box 960080 | Orlando, FL 32896–0080 | | |
| 8491945 | Gold Key Credit INC | PO Box 15670 | Brooksville, FL 34604 | | |
| 8491947 | HSBC Mortgage Corporation | 2929 Walden Avenue | Depew, NY 14043 | | |
| 8491946 | Home Depot Credit Service | P.O. Box 182676 | Columbus, OH 43218–2676 | | |
| 8491948 | Jordan Eisenberg | c/o Mark L. Bodner, Esq. | 470 Park Avenue South | 12th Floor South | New York, NY 10016 |
| 8491949 | Kirschenbaum & Phillips | 40 Daniel Street | Suite 7 | Farmingdale, NY 11735 | |
| 8491950 | Kohls Department Store | PO Box 3115 | Milwaukee, WI 53201 | | |
| 8491951 | Kohls Payment Center | P.O. Box 2983 | Milwaukee, WI 53201 | | |
| 8491952 | Kohls/Cap One | P.O. Box 3115 | Milwaukee, WI 53201 | | |
| 8491954 | LIPA/PSEG | PO Box 888 | Hicksville, NY 11802–0888 | | |
| 8491953 | Limited Too/Justice | Comenity Bank | P.O. Box 182789 | Columbus, OH 43218 | |
| 8491955 | Macys | P.O. Box 183083 | Columbus, OH 43218–3083 | | |
| 8491956 | Macys | P.O. Box 8218 | Mason, OH 45040 | | |
| 8491957 | Mandee/Comenity Bank | P.O. Box 182789 | Columbus, OH 43218 | | |
| 8491958 | Mercedes–Benz Financial | 13650 Heritage Valley Pkw | Fort Worth, TX 76177 | | |
| 8491959 | Northland Group Inc. | PO Box 390846 | Minneapolis, MN 55439 | | |
| 8491960 | Old Navy/GECRB | P.O. Box 530942 | Atlanta, GA 30353–0942 | | |
| 8491961 | Pier 1 Imports | P.O. Box 659617 | San Antonio, TX 78265–9617 | | |
| 8491962 | Portfolio Recovery | P.O. Box 12903 | Norfolk, VA 23541 | | |
| 8491963 | Professional Bureau of | Collections of Maryland | P.O. Box 4157 | Englewood, CO 80155 | |
| 8547174 | Quantum3 Group LLC as agent for | Comenity Bank | PO Box 788 | Kirkland, WA 98083–0788 | |
| 8491964 | SRA Associates of NJ | 401 Minnetonka Road | Somerdale, NJ 08083 | | |
| 8551029 | Synchrony Bank | c/o Recovery Management Systems Corp | 25 SE 2nd Ave Suite 1120 | Miami FL 33131–1605 | |
| 8491965 | TJX Rewards | P.O. 965015 | Orlando, FL 32896 | | |
| 8491966 | Toys R Us | PO Box 965001 | Orlando, FL 32896 | | |
| 8491967 | United Collection Bureau | 5620 Southwyck Blvd | Suite 206 | Toledo, OH 43614 | |
| 8491968 | WEBBANK/DFS | P.O. Box 81607 | Austin, TX 78708 | | |
| 8491969 | WFNNB/ Dress Barn | PO Box 182789 | Columbus, OH 43218 | | |

TOTAL: 56