# ALLAN B. MENDELSOHN, LLP
*Attorneys at Law*
38 NEW STREET, HUNTINGTON, NY 11743
TELEPHONE (631) 923-1625   FACSIMILE (631) 423-4536

ALLAN B. MENDELSOHN
MICHAEL J. O'SULLIVAN

OF COUNSEL

United States Bankruptcy Court
Clerk of the Court
290 Federal Plaza
Central Islip, NY 11722

April 9, 2018

      Re: Jacqueline M. Degroff
         Case No. 815-70212-LAS
         Chapter 7

Dear Sir/Madam,

  Please let this serve to respond to your request for a status report for the administration of this estate.

  The Debtor's petition was filed on January 20, 2015 and the Trustee completed his examination of the Debtor at the Meeting of Creditors conducted on December 7, 2016.

  In this case, the Trustee has thus far retained counsel to assist him in prosecuting a personal injury claim in the New York State Supreme Court for Suffolk County. No offers to settle that action have been received to date and preparations for trial of the issues raised therein are continuing. .

  Establishment of a claims bar date was requested and June 1, 2015 was set as the date by which claims had to be filed. Subsequent to passage of the claims bar date, a claims review was conducted. The estate is unable, however, to prepare a final report until a resolution is achieved – whether by settlement or trial – in the state court.

  I hope this information is satisfactory.

                Sincerely,

                Allan B. Mendelsohn